1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14

15  TAEK SAMUEL YOON,          ) CV 11-6792-VAP  (SH)
                               )
16                            ) ORDER ACCEPTING  REPORT AND
               Plaintiff,     ) RECOMMENDATION OF UNITED
17                            ) STATES MAGISTRATE JUDGE; and
        v.                    ) ORDER
18                            )
    JOHN DOE, et al.,         )
19                            )
               Defendants.    )
20  _____ )

21          Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the  First

22  Amended  Complaint  and  other  papers  along  with  the  attached  Report  and

23  Recommendation of the United States Magistrate Judge, and has made a de novo

24  determination of the Report and Recommendation.

25          IT IS HEREBY ORDERED that:

26          1.     The Report and Recommendation is accepted and adopted.

27          2.     Plaintiff's  official  capacity  damages  claims  against  defendants

28                 Saaveda, E. Gray, Durant, Demase, and Scott, his Eighth Amendment

                                    1

claim against defendant Oden, and his Fourteenth Amendment property deprivation claim against defendant Pinedo, are dismissed without leave to amend.

3.   The remainder of Plaintiff's First Amended Complaint is dismissed with leave to amend.  Plaintiff is not permitted to add claims or defendants to an amended pleading without first seeking leave of court to do so.  Specifically, Plaintiff may, if he chooses, amend the following claims only:

a.   First Amendment retaliation against defendants Pinedo, Durant, Saaveda, Gray, Pearson, and Le only;

b.   Eighth Amendment deliberate indifference to serious medical or dental needs against defendants Doe, Lee, Le, and Raju only;

c.   Eighth Amendment failure to protect against defendants Pinedo, Durant, Saaveda, Gray, and Pearson only;

d.   First Amendment access to the courts against defendant Demase only, and;

e.   Fourteenth Amendment equal protection against defendant Scott only.

If Plaintiff wishes to pursue the remainder of this action in this court, he must file a second amended complaint within thirty days of the date this Order Adopting the Report and Recommendation is filed.  The amended complaint, bearing the number CV 11-6792-VAP (SH), must be a complete and independent document and must not refer to prior pleadings.  Plaintiff is cautioned that failure to file a second amended complaint within the time specified by this Order may result in dismissal of the action with prejudice on the grounds stated in the Report and Recommendation of the United States Magistrate Judge and/or for failure to prosecute.

In preparing a second amended complaint, plaintiff must bear in mind the

2

deficiencies of the current pleading, and must assure that they are not repeated. Plaintiff must take particular note of the following guidelines:

1. Plaintiff must set forth the jurisdictional grounds for his claims at the outset of the complaint.

2. The complaint must include only factual allegations directly relevant to plaintiff's claims, which must be stated in separate, numbered paragraphs (preferably in chronological order), each limited to a single set of circumstances.  The facts should be stated in simple, complete sentences.  Repetition is to be avoided.

3. The complaint must clearly identify the specific acts on which each claim is based.  Insofar as possible, the allegations should include the date, time, place and circumstances of the offending conduct by each defendant, a clear statement of what each defendant did or failed to do, and the damage of injury suffered by plaintiff as a result of each defendant's conduct.

4. If civil rights violations are claimed, the complaint must specifically set forth the federal constitutional right or rights infringed with respect to each alleged wrongful act or omission.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff.

DATED: January 17, 2013_____

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

3