UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TAEK SAMUEL YOON, | ) CV 11-6792-VAP (SH) |
| | ) |
| | ) ORDER ACCEPTING AMENDED |
| | ) REPORT AND RECOMMENDATION |
| Plaintiff, | ) OF UNITED STATES |
| | ) MAGISTRATE JUDGE; and |
| v. | ) ORDER |
| | ) |
| JOHN DOE, et al., | ) |
| | ) |
| Defendants. | ) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(c), the court has reviewed the Second Amended Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

    IT IS HEREBY ORDERED that:

    1.    The Amended Report and Recommendation is accepted and adopted.

    2.    Plaintiff's retaliation claims against all defendants, medical deliberate

indifference claims against all defendants except Defendant Raju, access to the courts claim against Defendant Demase, and equal protection claim against Defendant Scott, are dismissed without leave to amend.

If Plaintiff wishes to pursue the remainder of this action in this court, he must file a third amended complaint within thirty days of the date this Order Accepting the Amended Report and Recommendation is filed.  The amended complaint, bearing the number CV 11-6792-UA (SH), must be a complete and independent document and must not refer to prior pleadings.  Plaintiff is cautioned that failure to file a third amended complaint within the time specified by this Order may result in dismissal of the action with prejudice on the grounds stated in the Amended Report and Recommendation of the United States Magistrate Judge and/or for failure to prosecute.

In preparing a third amended complaint, plaintiff must bear in mind the deficiencies of the current pleading, and must assure that they are not repeated. Plaintiff must take particular note of the following guidelines:

1. Plaintiff must set forth the jurisdictional grounds for his claims at the outset of the complaint.

2. The complaint must include only factual allegations directly relevant to plaintiff's claims, which must be stated in separate, numbered paragraphs (preferably in chronological order), each limited to a single set of circumstances.  The facts should be stated in simple, complete sentences.  Repetition is to be avoided.

3. The complaint must clearly identify the specific acts on which each claim is based.  Insofar as possible, the allegations should include the date, time, place and circumstances of the offending conduct by each defendant, a clear statement of what each defendant did or failed to do, and the damage of injury suffered by plaintiff as a result of each

defendant's conduct.

4. If civil rights violations are claimed, the complaint must specifically set forth the federal constitutional right or rights infringed with respect to each alleged wrongful act or omission.

5. Plaintiff shall not add new claims or defendants without prior leave of court.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff.

DATED: September 10, 2013___

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE