1
2
3
4
5
6

7          **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA**

9

10   TAEK S. YOON,                          )   Case No. CV 11-6792-VAP (KK)
11                      Plaintiff,          )
                                            )   **ORDER ACCEPTING FINDINGS AND**
12              v.                          )   **RECOMMENDATION OF UNITED**
                                            )   **STATES MAGISTRATE JUDGE**
13   LEE, *et al.*,                         )
14                      Defendants.         )
15                                          )
                                            )
16   _____           )

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

18   Complaint, the relevant records on file, and the Report and Recommendation of the

19   United States Magistrate Judge.  No objections to the Report and Recommendation

20   have been filed.  The Court accepts the findings and recommendation of the

21   Magistrate Judge.

22         IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is

23   denied.

24

25   DATED: _May 3 2015_      _Virginia A. Phillips_
26                            HONORABLE VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE
27

28