O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEK YOON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE, et al.,<br><br>    Defendant(s). | Case No. CV 11-6792-VAP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to Title 28 of the United States Codes, section 636, the Court has reviewed the Third Amended Complaint, the Motion for Summary Judgment, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is GRANTED and Judgment be entered dismissing this action with prejudice.

Dated: October 26, 2016

                 *Virginia A. Phillips*
                 HONORABLE VIRGINIA A. PHILLIPS
                 Chief United States District Judge