UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEK YOON,<br><br>   Plaintiff,<br><br>   v.<br><br>LEE, ET AL.,<br><br>   Defendants. | Case No. CV 11-6792-VAP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Defendants Saavedra and Gray have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Motion to Dismiss the claims against Defendants Saavedra and Gray is **DENIED**.

Dated: November 14, 2018

HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge