# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEK YOON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEE, ET AL.,<br><br>　　　　　Defendants. | Case No. CV 11-6792-VAP (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED as follows: (1) the Motion to Dismiss Defendants Pinedo and Durant is GRANTED; (1) the claims in the Second Amended Complaint against defendants Pinedo and Durant are dismissed without prejudice; and (3) Plaintiff's Motion for Issuance of Subpoenas is DENIED.

Dated: January 09, 2019

　　　　　　　　　　　　　　　　　　　*/s/ Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge