1　XAVIER BECERRA
　　Attorney General of California
2　JOEL A. DAVIS
　　Supervising Deputy Attorney General
3　KENNETH G. LAKE STATE BAR NO. 144313
　　Deputy Attorney General
4　　300 South Spring St.
　　Los Angeles, CA　90013
5　Telephone:　(213) 269-6525
　　Facsimile:　(916) 731-2120
6　E-mail:　Kenneth.Lake@doj.ca.gov

7　*Attorneys for Defendants Saavedra*
　　*(incorrectly sued herein as Saaveda) and*
8　*Gray*

9

10

11　　　　　IN THE UNITED STATES DISTRICT COURT

12　　　　　FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14

15　**TAEK S. YOON,**　　　　　　　Case No. 2:11-CV-06792-VAP (KK)

16　　　　　　　　　　Plaintiff,　　**EX PARTE APPLICATION FOR
　　　　　　　　　　　　　　　　　AN ORDER EXTENDING THE
17　　　**v.**　　　　　　　　　　　SUBSTANTIVE MOTION FILING
　　　　　　　　　　　　　　　　　CUTOFF; DECLARATION OF
18　**JOHN DOE, ET AL.,**　　　　　KENNETH G. LAKE IN SUPPORT
　　　　　　　　　　　　　　　　　THEREOF
19
　　　　　　　　　　Defendants.　**Date:**　　　　To Be Submitted
20　　　　　　　　　　　　　　　　**Time:**　　　　To Be Submitted
　　　　　　　　　　　　　　　　**Courtroom:**　To Be Submitted
21
22　　　　　　　　　　　　　　　　**Honorable Kenly Kiya Kato**

23

24　　　　Defendants hereby apply ex parte for an order extending the substantive

25　motion filing cutoff.  Per the Court's scheduling order of November 27, 2018, the

26　current substantive motion filing deadline is July 29, 2019.

27　　　　Good cause exists for this application.  On July 3, 2019, defendants filed a

28　motion for the sanction of dismissal for plaintiff's failure to appear for deposition;

　　　　　　　　　　　　　　　　　1

1  or in the alternative, for an order compelling plaintiff to appear for deposition and

2  pay monetary sanctions.  This motion was necessitated by plaintiff's failure to

3  appear for his duly noticed deposition, to which he did not object, and his failure to

4  respond to defendants' meet and confer letter before the filing of the motion.   The

5  motion will not be submitted to the court for ruling until after the current July 29

6  cutoff.  (Decl. of Lake, par. 2.)

7  Under Federal Rule of Civil Procedure 6(b)(1)(A), when an act may or must

8  be done within a specified time, the court may, for good cause, extend the time,

9  with or without motion or notice if the court acts, or if a request is made, before the

10  original time expires.

11  Defendants recommend extending the motion filing cutoff to October 28,

12  2019.

13  Dated:  July 24, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General


_____/s/_____
KENNETH G. LAKE
Deputy Attorney General
*Attorneys for Defendants Saavedra
(incorrectly sued herein as Saaveda) and Gray*

21  \*   \*   \*   \*   \*   \*

**DECLARATION OF KENNETH G. LAKE IN SUPPORT OF EX PARTE
APPLICATION FOR AN ORDER EXTENDING THE
SUBSTANTIVE MOTION FILING CUTOFF**

24  I, Kenneth G. Lake, declare as follows:

25  1.  I am an attorney at law duly authorized to practice law in the State of

26  California and the United States District Court in the Central, Northern, and Eastern

2

1  Districts of California.  I am the Deputy Attorney General assigned to handle this
2  matter on behalf of defendants.

3        2.  Good cause exists for this application.  On July 3, 2019, defendants filed a
4  motion for the sanction of dismissal for plaintiff's failure to appear for deposition;
5  or in the alternative, for an order compelling plaintiff to appear for deposition and
6  pay monetary sanctions.  This motion was necessitated by plaintiff's failure to
7  appear for his duly noticed deposition.  As indicated in the moving papers for this
8  motion, plaintiff did not object nor did he respond to defendants' meet and confer
9  letter before the filing of the motion.   Per the Court's order regarding briefing and
10 submission of this motion, it will not be submitted to the court for ruling until after
11 the current July 29 cutoff.

12       3.  I provided notice of this ex parte application by serving the application
13 including my declaration and proposed order on plaintiff on July 24, 2019.

14       I declare under penalty of perjury under the law of the United States of
15 America that the foregoing is true and correct.  Executed on July 24, 2019.

16

17                                    /S/
18                              KENNETH G. LAKE

19

20

21

22

23

24

25

26

27

28

3

## DECLARATION OF SERVICE BY U.S. MAIL

RE: *Taek Yoon v. John Doe, et al.*
    *Case No. CV11-06792-VAP (KK)*

I declare: I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 300 S. Spring Street, Room 1700, Los Angeles, California 90013. On <u>July 24, 2019</u>, I served the documents named below on the parties in this action as follows:

**EX PARTE APPLICATION FOR AN ORDER EXTENDING THE SUBSTANTIVE MOTION FILING CUTOFF; DECLARATION OF KENNETH G. LAKE IN SUPPORT THEREOF**

Taek S. Yoon
A 042 589 267
Kunggido Goyangsi Ilsansegu
Kangsunro 70 Kangsun maelu
8 Dangi LG 811-905
Seoul, KOREA

    (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the Office of the Attorney General for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection

**X**   (BY FEDEX INTL. PRIORITY) I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, for overnight delivery with the FEDERAL EXPRESS courier service.

    (BY FACSIMILE) I caused to be transmitted the documents(s) described herein via fax number.

    (BY ELECTRONIC MAIL) I caused to be transmitted the documents(s) described herein via electronic mail to the email address(es) listed on the attached service list.

    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**   (FEDERAL) I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed on <u>July 24, 2019</u>, at Los Angeles, California.

<u>   Sandra Dominguez   </u>    <u>    /s/ Sandra Dominguez    </u>
      Declarant                              Signature