XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General
KENNETH G. LAKE STATE BAR NO. 144313
Deputy Attorney General
 300 South Spring St.
 Los Angeles, CA  90013
 Telephone:  (213) 269-6525
 Facsimile:  (916) 731-2120
 E-mail:  Kenneth.Lake@doj.ca.gov

*Attorneys for Defendants Saavedra (incorrectly sued herein as Saaveda) and Gray*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAEK S. YOON,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**JOHN DOE, ET AL.,**<br><br>　　　　　　　　Defendants. | Case No. 2:11-CV-06792-VAP (KK)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EXTENDING THE SUBSTANTIVE MOTION FILING CUTOFF**<br><br>**Honorable Kenly Kiya Kato** |

　　Having considered defendants' ex parte application to extend the substantive motion filing cutoff and **GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT** the ex parte application is granted.  The last day to file a substantive motion is now October 28, 2019.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Kenly Kiya Kato

1

# DECLARATION OF SERVICE BY U.S. MAIL

RE:  *Taek Yoon v. John Doe, et al.*
     *Case No. CV11-06792-VAP (KK)*

I declare: I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 300 S. Spring Street, Room 1700, Los Angeles, California 90013. On July 24, 2019, I served the documents named below on the parties in this action as follows:

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EXTENDING THE SUBSTANTIVE MOTION FILING CUTOFF**

Taek S. Yoon
A 042 589 267
Kunggido Goyangsi Ilsansegu
Kangsunro 70 Kangsun maelu
8 Dangi LG 811-905
Seoul, KOREA

   (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the Office of the Attorney General for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection

**X**  (BY FEDEX INTL. PRIORITY) I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, for overnight delivery with the FEDERAL EXPRESS courier service.

   (BY FACSIMILE) I caused to be transmitted the documents(s) described herein via fax number.

   (BY ELECTRONIC MAIL) I caused to be transmitted the documents(s) described herein via electronic mail to the email address(es) listed on the attached service list.

   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**  (FEDERAL) I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed on July 24, 2019, at Los Angeles, California.

|   Sandra Dominguez   |   /s/ Sandra Dominguez   |
|:---:|:---:|
| Declarant | Signature |