XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General
KENNETH G. LAKE STATE BAR NO. 144313
Deputy Attorney General
 300 South Spring St.
 Los Angeles, CA  90013
 Telephone:  (213) 269-6525
 Facsimile:  (916) 731-2120
 E-mail:  Kenneth.Lake@doj.ca.gov

*Attorneys for Defendants Saavedra
(incorrectly sued herein as Saaveda) and
Gray*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAEK S. YOON,** | Case No. 2:11-CV-06792-VAP (KK) |
| Plaintiff, | [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EXTENDING THE SUBSTANTIVE MOTION FILING CUTOFF |
| **v.** | |
| **JOHN DOE, ET AL.,** | |
| Defendants. | **Honorable Kenly Kiya Kato** |

Having considered defendants' ex parte application to extend the substantive

motion filing cutoff and **GOOD CAUSE APPEARING THEREFORE,**

**IT IS ORDERED THAT** the ex parte application is granted.  The last day to file a

substantive motion is now October 28, 2019.

Dated: July 24, 2019

_____
Honorable Kenly Kiya Kato
United States Magistrate Judge

1