UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEK YOON,<br><br>             Plaintiff,<br><br>         v.<br><br>LEE, ET AL.,<br><br>             Defendant(s). | Case No. CV 11-6792-VAP (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge as set forth in the Final Report and Recommendation.

IT IS THEREFORE ORDERED that (1) Defendants' Motion for Sanctions is GRANTED; and (2) Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: September 18, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge