JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAEK YOON, | Case No. CV 11-6792-VAP (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| LEE, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  September 18, 2020

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge